# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date: September 21, 2016 (Time: 37 minutes)        JUDGE:  Phyllis J. Hamilton**

**Case No. and Name:**
**4:11-cr-00423-PJH USA v. Robert Kramer (Appearance Waived)**
**4:11-cr-00424-PJH USA v. Brian McKinzie (Present)**
**4:11-cr-00425-PJH USA v. David Margen (Present)**
**4:11-cr-00426-PJH USA v. Thomas Franciose (Appearance Waived)**
**4:11-cr-00427-PJH USA v. Jaime Wong (Present)**
**4:11-cr-00428-PJH USA v. Jorge Wong (Present)**
**4:11-cr-00429-PJH USA v. Thomas Legault (Present)**
**4:11-cr-00431-PJH USA v. Douglas Moore (Present)**
**4:11-cr-00432-PJH USA v. Grant Alvernaz (Present)**
**4:11-cr-00722-PJH USA v. Timothy Powers (Present)**
**4:11-cr-00723-PJH USA v. Eric Larsen (Appearance Waived)**
**4:12-cr-00082-PJH USA v. Hilton Wong (Present)**
**4:12-cr-00083-PJH USA v. Dominic Leung (Appearance Waived)**
**4:12-cr-00084-PJH USA v. Barry Heisner (Present)**
**4:12-cr-00447-PJH USA v. Keith Slipper (Present)**
**4:12-cr-00448-PJH USA v. Douglas Ditmer (Present)**
**4:12-cr-00611-PJH USA v. Danli Liu (Present)**
**4:13-cr-00143-PJH USA v. Michael Renquist (Present)**
**4:13-cr-00144-PJH USA v. Peter McDonough (Present)**
**4:13-cr-00412-PJH USA v. Stan Kahan (Present)**
**4:13-cr-00413-PJH USA v. Wesley Barta (Present)**
**4:13-cr-00414-PJH USA v. Irma Galvez (Present)**
**4:13-cr-00415-PJH USA v. Joseph Vesce (Present)**
**4:13-cr-00730-PJH USA v. Chuokee Bo (Present)**
**4:14-cr-00001-PJH USA v. Thomas Bishop (Present)**
**4:14-cr-00002-PJH USA v. Rudolph Silva (Present)**
**4:14-cr-00003-PJH USA v. Leslie Gee (Present)**
**4:14-cr-00099-PJH USA v. Charles Gonzales (Present)**
**4:14-cr-00512-PJH USA v. Gernot Sebastian Zepernick (Present)**
**4:14-cr-00581-1 PJH USA v. John Shiells (Present)**
**4:14-cr-00581-2 PJH USA v. Miguel De Sanz (Present)**

**4:14-cr-00593-PJH USA v. Chung Li Cheng (Present)**
**4:14-cr-00594-PJH USA v. Su Chu Chou Cheng (Present)**
**4:14-cr-00604-PJH USA v. Garry Wan (Present)(Mandarin Int.)**
**4:14-cr-00607-PJH USA v. Charles Rock (Present)**
**4:15-cr-00228-PJH USA v. Mark Roemer (Present)**
**4:15-cr-00229-PJH USA v. Bradley Roemer (Appearance Waived)**
**4:15-cr-00245-PJH USA v. Wayne Lippman (Present)**

**Attorney for Plaintiff:     Albert Sambat; Jeane Hamilton**
**Attorney for Defendant:  Hugh Levine (Kramer)**
**William Du Bois (McKinzie)**
**Audrey Baron for Mary McNamara (Margen)**
**Sarah Rief (Franciose)**
**Gail Shifman for Petra Reinecke (Jaime Wong)**
**Gail Shifman (Jorge Wong)**
**Thomas O'Connor (Legault)**
**David Spencer for McGregor Scott (Moore)**
**Carrie Parker; Michael Kennedy (Alvernaz)**
**John Cline (Powers)**
**William Green (Larsen)**
**Julia Jayne (Hilton Wong)**
**Eugene Illovsky (Leung)**
**Peter Fitzpatrick (Heisner)**
**Patrick Kelly (Slipper)**
**Dorian Peters for William Gagen (Ditmer)**
**Laurel Headly (Liu)**
**Alan Dressler (Renquist)**
**Robert Carey (McDonough)**
**Scott Sugarman (Kahan)**
**Suzanne Morris (Barta)**
**Roger Patton (Galvez)**
**James Lassart (Vesce)**
**Hugh Levine for Charles Smith (Bo)**
**Jason Gonzalez (Bishop)**
**Davina Pujari (Silva)**
**Anthony Brass (Gee)**
**Robert Beles (Gonzales)**
**Miles Ehrlich for Sanjay Bhandari (Zepernick)**
**William Portanova (John Shiells)**

**Attorney for Defendant:**   **Malcolm Segal (De Sanz)**
                                           **Miles Ehrlich (Chung Li Cheng)**
                                           **Miles Ehrlich for Timothy Crudo (Su Chu Cheng)**
                                           **Doron Weinberg (Wan)**
                                           **Deborah Levine (Rock)**
                                           **Dennis Riordan (M. Roemer)**
                                           **William Sprague (B. Roemer)**
                                           **Mark Axelbaum (Lippman)**

**Deputy Clerk:** Nichole Peric          **Court Reporter:** Diane Skillman

**Interpreter:** Amanda Peeters (Mandarin)

## PROCEEDINGS

The Court waives the appearance of Mr. Larsen but counsel is put on notice that any further requests for a waiver of appearance must be done in writing and in advance of the hearing.

Status Conference Re: dismissal of the mail fraud-related counts and revision of the plea agreement(s) previously entered in this case-Held.  The parties shall meet and confer and the government shall submit a proposal to the Court no later than September 30, 2016.  If the Court does not agree with the proposal submitted, the Court will conduct two change of plea hearings per week.

In CR 15-245 PJH US v. Lippman, mail fraud was not charged in the Information. Therefore, the plea agreement will remain unchanged and defense counsel does not need to participate in the meet and confer.  The matter will be set for sentencing at a later time.

cc:  chambers